In the Matter of the Probate of the Will of COSTAS APOSTALOU, Deceased. SIDNEY O. SIMONSON, Respondent; MARY NICHOLAS, Appellant.

Argued January 6, 1953; decided January 21, 1953.

*Ralph Stout* and *Alexander D. Sioris* for appellant.

*Howard Weinberger* and *James C. Crane* for respondent.

Decree of the Surrogate's Court affirmed, with costs to the respondent payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.